DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STEVEN COCCARO** and **SHARON COCCARO,**
Appellants,

v.

**GEICO GENERAL INSURANCE COMPANY,**
Appellee.

No. 4D21-1797

[October 20, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James Nutt, Judge; L.T. Case No. 502014CA002048.

Daniel G. Williams and Geoff Stahl of Gordon & Partners, Palm Beach Gardens, Jeffrey M. Liggio of Liggio Law, P.A., West Palm Beach, and Philip M. Burlington and Adam Richardson of Burlington & Rockenbach, P.A., West Palm Beach, for appellants.

Frank A. Zacherl of Shutts & Bowen LLP, Miami, and Garrett A. Tozier of Shutts & Bowen LLP, Tampa, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***